EDWARD MEYERS, Respondent, v. NYBRAN REALTY CO., INC., et al., Appellants.— The defendants are entitled to examine plaintiff in this case. No point is made on this appeal with respect to particular items. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

REBECCA H. SIMONS, Respondent, v. GILBERT P. SIMONS, Appellant.— No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ. [Order directed payment of counsel fees and printing disbursements on appeal.]

MICHAEL N. CAVALLIOTIS, Doing Business as AEGEAN TRADING Co., Respondent, v. CHARLES F. GUYON, INC., Appellant.— No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

SAMUEL SLOTE, as Executor of MARY E. McNULTY, Deceased, v. ARTHUR P. McNULTY.— Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See 277 App. Div. 978.]

REBECCA H. SIMONS v. GILBERT P. SIMONS.— Present — Glennon, J. P., Cohn, Callahan and Shientag, JJ. [See 278 App. Div. 902.]

CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Plaintiff, v. DIRECTORATE GENERAL OF POSTAL REMITTANCES & SAVINGS BANK et al., Appellants; T. Y. Ho et al., Respondents, et al., Defendants.— Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [See 278 App. Div. 820, 935.]

MARIAN SHERMAN v. MICHAEL R. SUDAKOW et al.— Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ. [See 278 App. Div. 912.]

JOSEPH SCHULTZ & CO., INC., v. CAMDEN FIRE INSURANCE ASSOCIATION.— Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [See 278 App. Div. 825.]